Leo M. LaRocca (SBN 115014)
**NIVEN & SMITH, LLP**
275 Battery Street, Suite 1120
San Francisco, CA 94111-3383
Telephone: 415-981-5451
Facsimile: 415-433-5439
Email: leo@nivensmith.com

Attorneys for Defendant ELIZABETH ANN BRABY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>              Plaintiff,<br>vs.<br><br>ELIZABETH ANN BRABY,<br><br>              Defendant. | Case 22-cv-00036-PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ELIZABETH ANN BRABY TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys, that Defendant ELIZABETH ANN BRABY may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant ELIZABETH ANN BRABY to answer or otherwise respond to Plaintiff's Complaint is March 25, 2022. Defendant ELIZABETH ANN BRABY has recently retained counsel. This additional time is necessary for Defendant ELIZABETH ANN BRABY's counsel to both investigate the claim as set forth in the Complaint and explore possible early resolution of this claim.

**IT IS FURTHER STIPULATED** by and between the parties hereto, through their respective attorneys, that the parties shall have additional time within which the parties and

counsel to hold a joint inspection of the premises pursuant to General Order No. 56, §7. The current last day to undertake this joint site inspection is May 9, 2022. Pursuant to this Stipulation, the parties shall now have up to and including June 13, 2022, to hold the joint site inspection of the premises.

GOOD CAUSE EXIST for the extension as defense counsel has just been assigned to this case, and requires time to be knowledgeable about the case to prepare an initial pleading and, additionally, to explore possible early resolution through a settlement.

**IT IS SO STIPULATED.**

Dated: March 10, 2022        **CENTER FOR DISABILITY ACCESS**

By: ___/s/_____
AMANDA SEABOCK
Attorneys for Plaintiff ANDRES GOMEZ

Dated: March 10, 2022        **NIVEN & SMITH, LLP**

By: ___/s/_____
LEO LaROCCA
Attorneys for Defendant ELIZABETH ANN BRABY

**ORDER**

Pursuant to the parties' Stipulation, **IT IS SO ORDERED** that Defendant ELIZABETH ANN BRABY shall answer or otherwise respond to Plaintiff's Complaint on or before March 25, 2022. Additionally, **IT IS FURTHER ORDERED** that the last day for parties and counsel to hold a joint site inspection under General Order No. 56, § 7 of the premises is June 13, 2022.

Dated: 3/14/2022

_____
PHYLLIS J. HAMILTON
JUDGE